**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESUS ELDO TACORONTE,

       Plaintiff,

v.                                                                 Case No.: 6:23-cv-571-WWB-EJK

DEUTSCHE BANK NATIONAL TRUST
COMPANY, CARRINGTON
MORTGAGE SERVICES, LLC, LOGS
LEGAL GROUP, LLP, MATTHEW IAN
FLICKER, THOMAS MCFAYDEN and
JON GREENLEE,

       Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record.  On October 6, 2023, the Court entered an Order (Doc. 27) dismissing Plaintiff's Amended Complaint (Doc. 2) without prejudice in limited respects and ordering Plaintiff to file an amended pleading on or before October 27, 2023.  (Doc. 27 at 2).  Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*).  Plaintiff did not timely file an amended pleading.  Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**.  The Clerk is directed to terminate all pending motions and close this case.

       **DONE AND ORDERED** in Orlando, Florida on November 7, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Party